USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                          Plaintiffs,

        - against -

ONLINE STORES, LLC

                          Defendant.
------------------------------------------------------------X

22-CV-3465 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     On August 15, 2022, the Court granted Defendant's request for an extension of time until September 16, 2022 to respond to the complaint. (Dkt. 15.) No response appears on the docket. Accordingly, by **November 29, 2022**, the parties shall file a joint status letter.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2022
       New York, New York

Copies transmitted this date to all counsel of record.